UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CHRISTOPHER J. ELLISON,
TIMOTHY MARTIN, COURTNEY
A MCDONAGH-CROSS, MIKE                    CASE NO: 2: 15cv14437KAM
L. DANCISIN, KYLE BASKINGER,
PHILLIP KEELING, MARCELA
S. DELSOLAR, and XAVIERA
BLELLOCH
    Plaintiffs,

v.

CARLISLE GRAND, LLC a
Florida Corporation,

    Defendant.

## JOINT MOTION TO APPROVE SETTLEMENT AND
## DISMISS ACTION WITH PREJUDICE

COME NOW, the Plaintiffs and Defendant by and through their respective undersigned counsel, hereby jointly move the Court to review and approve their settlement and dismiss this action with prejudice, as follows:

1. Plaintiffs' complaint alleges that Defendant violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq. ("FLSA"), by failing to pay them alleged unpaid overtime and minimum wage compensation. Defendant vigorously denies any wrongdoing under the FLSA, and further denies that Plaintiffs are not entitled to any relief whatsoever. The parties agree that there is a bona fide, good faith dispute as to both liability and damages regarding Plaintiffs' claims.

2. To avoid the costs and uncertainty of further litigation, the parties have negotiated a settlement of this matter. Pursuant to *Lynn's Food Stores, Inc. v. United States,*

679 F.2d 1350 (11 Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised with the approval of the district court (or under the supervision of the U.S. Department of Labor). The parties request that the Court review and approve their settlement and dismiss this action with prejudice. The parties further request that the Court reserve jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.

3. All parties are represented by counsel in this action, and all parties and their respective counsel agree and stipulate that the settlement represents a fair, reasonable, good faith and arms-length compromise of Plaintiffs' claims.

4. Attached hereto as Exhibit "A" is a copy of the parties' Settlement Agreement.

WHEREFORE, Plaintiffs and Defendant jointly request that the Court enter an order (a) approving the parties' settlement; (b) dismissing this action with prejudice; and (c) reserving jurisdiction to enforce the terms of the settlement, should such enforcement be necessary. A proposed order is provided herewith.

Respectfully submitted this 11th day of January, 2017.

**Rosenthal, Levy, Simon & Ryles**
1401 Forum Way, Sixth Floor
West Palm Beach, FL 33401-2289
Telephone: (561) 478-2500
Facsimile: (561) 478-3111
Email: aaronson@rosenthallevy.com

/s/ Alan M. Aronson, Esquire
_____
Alan M. Aronson, Esquire
FL Bar: 0895997

**Rooney & Rooney, PA**
2145 14th Ave, Ste 20
Vero Beach, FL 32960
772-778-5400
772-778-5290
Attorneys@rooneyAndRooneyLaw.com

/s/ D. Jonathan Rhodebach, Esquire
_____
D. Jonathan Rhodebach, Esquire
FL Bar: 87081

#3298-7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing document with the Clerk of the United States District Court, Southern District of Florida, this 11th day of January, 2017, by using the CM/ECF. I also certify the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                            Alan M. Aronson
                                            *Counsel for Plaintiff*
                                            1401 Forum Way, Sixth Floor
                                            West Palm Beach, FL  33401-2289
                                            Telephone: (561) 478-2500
                                            Facsimile: (561) 478-3111

                                            */s/ Alan M. Aronson, Esquire*

                                            Alan M. Aronson, Esquire
                                            FL Bar: 0895997

## SERVICE LIST
CASE NO. 2:15-cv-14437kam

D. Johnathan Rhodeback
Rooney & Rooney, P.A.
*Counsel for Defendant*
2145 14th Ave, Ste 20
Vero Beach, FL  32960
Tel: (772) 778-5400
Fax: (772) 778-5290

## MEDIATION TERM SHEET

CASE: Christopher J. Ellison, et al. v. Carlisle Grand, LLC, a Florida Corporation, Case No.: 2:15-cv-14437

DATE/TIME: December 1, 2016 @ 9:30 a.m.

PLACE: Rosenthal, Levy Simon & Ryles
1660 Saint Lucie West Blvd, suite 300
Port St. Lucie, FL 34986
(772) 878-3880

At mediation, the parties agreed to resolve this dispute as follows:

1. Payment to _Plaintiffs_ in the amount of $ _see below_, payable ~~to~~ as set ~~forth below~~.
2. Payment shall be made ~~within____days of~~ _on or before March 15, 2017_.
3. ~~____ shall prepare the settlement agreement and send it to ____ within ____ days.~~
4. The settlement agreement will contain the following essential terms:
   a. ✓ a general release in favor of _Defendant_;
   b. ✓ confidentiality of _terms, amount and fact of settlement_;
   c. ✓ nondisparagement of _Plaintiffs by Defendant and of Defendant by Plaintiffs_.
   d. ✓ tax indemnification;
   e. ✓ no rehire provision;
   f. ✓ other: describe:
      1. Plaintiffs will file a joint motion to approve this settlement
      Payment as follows:
      - Tim Martin $4731.⁰⁰   - Christopher Ellison $1000⁻
      - Michael Doncisin - $2750⁰⁰   - Courtney McDonagh Cross -
      - Kyle Baskuger $226.85   - Phillip Keeling $200⁰ $1000⁻
      - Marcela Del Solar - $2500⁻   - Xavier Blelloch $2000.⁰⁰

_____        _Dawn Maxwell_____
Signatures of Plaintiffs on back        Carlisle Grand, LLC (by its _Resort Manager_)

_Alan Transo_ as counsel for            _D. John Rhodeback_ as counsel for
Plaintiff                                Defendant

(*) In addition, Defendant will pay attorneys fees and costs in the amount of $6,500 fees plus $553.56 in costs.

(**) Plaintiffs will each provide a W9.

EXHIBIT A

_[signature]_
Timothy Martin

_[signature]_ Christopher Ellison
Christopher Ellison

_[signature]_
Michael Dancisin

_[signature]_ Courtney McDonough-Cross
Courtney McDonough-Cross

_[signature]_ Kyle K. Baskinger
Kyle K. Baskinger

_[signature]_
Phillip Reeling

_[signature]_ Marcela Del Solar
Marcela Del Solar

_[signature]_
Xaviera Bletloch

UNITED STATAES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CHRISTOPHER J. ELLISON,
TIMOTHY MARTIN, COURTNEY
A MCDONAGH-CROSS, MIKE
L. DANCISIN, KYLE BASKINGER,
PHILLIP KEELING, MARCELA
S. DELSOLAR, and XAVIERA
BLELLOCH
    Plaintiffs,

CASE NO. 2:15CV14437KAM

v.

CARLISLE GRAND, LLC a
Florida Corporation,

    Defendant.

## ORDER ON JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISS ACTION WITH PREJUDICE

THIS CAUSE comes before this Court upon the parties' Joint Motion. The parties reached a settlement of their FLSA dispute at private mediation. This Court has reviewed the parties' Confidential Settlement Agreement, and this Court finds it to be a fair and reasonable resolution of the Plaintiffs' FLSA claims. *See Lynn's Food Stores, Inc.* v. U.S. 679 F.2d 1350, 1353 (11th Cir. 2013). This Court finds reasonable the amount that the plaintiffs are receiving in consideration for the settlement agreement, and it finds reasonable the amount that counsel is receiving in relation to the Plaintiffs' recovery. This Court also finds reasonable the additional terms of the settlement agreement that address ancillary matters. It is therefore,

ORDERED AND ADJUDGED that the parties' Joint Motion (DE34) is GRANTED. It is further,

ORDERED AND ADJUDGED that the parties' Confidential Settlement Agreement is APPROVED as a fair and reasonable resolution of the Plaintiffs' FLSA claims.

ORDERED AND ADJUDGED that in light of the parties' approved settlement agreement, this case is DISMI9SSED WITH PREJUDICE. The Court shall retain jurisdiction solely for the purpose of enforcing the terms of the Confidential Settlement Agreement.

DONE AND ORDERED in Chambers, this _____ day of January, 2017.

UNITED STATES DISTRICT COURT JUDGE

cc: Alan M. Aronson, Esq.
D. Jonathan Rhodebach, Esq.