UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-14437-KAM

CHRISTOPHER J. ELLISON,
TIMOTHY MARTIN, COURTNEY
A. MCDONAUGH-CROSS, MIKE
L. DANCISIN, KYLE BASKINGER,
PHILLIP KEELING, MARCELA
S. DELSOLAR, and XAVIERA
BLELLOCH,

    Plaintiffs,

vs.

CARLISLE GRAND, LLC a
Florida Corporation,

    Defendant.
_____/

**ORDER**

    This matter is before the Court on parties' Joint Motion to Approve Settlement Dismiss Action With Prejudice (DE 15).

    The Court has carefully reviewed the file and the Settlement Agreement in order to "scrutiniz[e] the settlement agreement for fairness" in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court has determined that the agreement is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355.

    Accordingly, it is **ORDERED and ADJUDGED** that the Settlement Agreement among the parties is **APPROVED**. The above-styled action is **DISMISSED WITH PREJUDICE** with all

pending motions **DENIED AS MOOT**. The Clerk shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of January, 2017.

_____
KENNETH A. MARRA
United States District Judge